In re the Marriage of Robert H. FRENT-ZEL, Petitioner/Respondent,

v.

Linda I. FRENTZEL, Respondent/Appellant.

No. 67250.

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 31, 1995.

John P. Brown, Edward C. Cody, St. Louis, for appellant.

Ronald L. Rothman, Donna Aronoff Smith, St. Louis, for respondent.

Before SMITH, P.J., and GARY M. GAERTNER and RHODES, JJ.

### ORDER

PER CURIAM.

Wife appeals from a judgment in a dissolution action alleging error in the division and valuation of certain property, the sale of the marital home and conditions placed on her while occupying the home, the amount of maintenance, and the award of attorney fees. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the decree is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. A detailed opinion would have no precedential value. We have provided the parties with a memorandum opinion explaining our reasoning. The trial court's decree is affirmed pursuant to Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Robert O. BAILEY, Appellant.

Robert O. BAILEY, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 66514, 68237.

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 31, 1995.

Emmett D. Queener, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Aundreia R. Alexander, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMITH, P.J., and GARY M. GAERTNER and RHODES, JJ.

### ORDER

PER CURIAM.

In this consolidated action, Defendant appeals from his conviction of second degree burglary and stealing, and from the denial of his Rule 29.15 motion. We affirm.

An extended opinion would serve no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The judgment is affirmed pursuant to Rules 84.16(b) and 30.25(b).